

Kelly Jones <kellydonovanjones@gmail.com>

## Solano v. Kroger - Ms. Solano's testimony re privileged communications

**Dan Nichols** <dan@hbclawyers.com>    Tue, Feb 15, 2022 at 1:40 PM
To: "Harper, Jacob" <JHarper@dwt.com>
Cc: "Kono, Kevin" <kevinkono@dwt.com>, "Moon, James" <JamesMoon@dwt.com>, Michael Fuller <michael@underdoglawyer.com>, Kelly Jones <kellydonovanjones@gmail.com>, Young Walgenkim <young@hansonwalgenkim.com>

Counsel,

With respect to Ms. Solano's deposition testimony and plaintiffs' counsel's assertions of privilege at the time, Ms. Solano electronically signed a professional services agreement and electronically communicated with counsel on a laptop at the Gardner House. Plaintiffs' counsel asserted, and re-asserts privilege with respect to these communications. We note that you did not ask in Ms. Solano's deposition whether the document at the Gardner House was signed in hard copy or online. Thus, we do not believe that an errata sheet is necessary on this point. But please let us know if you disagree or have any questions.

Best Regards,

Dan J. Nichols



Phone|Fax|Text: 503.334.0611 | hbclawyers.com

15350 SW Sequoia Parkway, Suite 250, Portland, OR 97224

This email may contain privileged and confidential information. Do not forward, copy or print without authorization. If misdirected, please delete and notify the sender by email.

Exhibit 1- Page 1 of 1