**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 25, 2026

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Re: The Kroger Co., dba Fred Meyer, Inc.
v. Elisha Solano, Individually and on Behalf of Other Customers, et al.
No. 26-244
(Your No. 25-536)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 17, 2026 and placed on the docket August 25, 2026 as No. 26-244.

Sincerely,

**Scott S. Harris**, Clerk

by

Katie Heidrick
Case Analyst